HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEELEY INTERNATIONAL PTY LTD, an Australian corporation; and CONVAIR COOLER CORP., a Texas corporation,<br><br>Plaintiffs,<br><br>vs<br><br>RICHARD BOURNE, an individual; CAROL BOURNE, an individual; STEVE SHORT, an individual; and JENNIFER SHORT, an individual,<br><br>Defendants. | Case No:   2:20-cv-01946-TLN-AC<br><br>ORDER GRANTING JOINT REQUEST TO SEAL DOCUMENTS FILED AS EXHIBITS TO FIRST AMENDED COMPLAINT AND MOTION TO COMPEL ARBITRATION [ECF NOS. 6 AND 15] |
| RICHARD BOURNE, an individual; CAROL BOURNE, an individual; STEVE SHORT, an individual; and JENNIFER SHORT, an individual,<br><br>Cross-Complainants,<br><br>vs<br><br>SEELEY INTERNATIONAL PTY LTD, an Australian corporation; and CONVAIR COOLER CORP., a Texas corporation,<br><br>Cross-Defendants. | |

///

///

///

Upon the Joint Request to Seal Documents (the "**Request**") filed by the above-captioned Plaintiffs ("**Plaintiffs**") pursuant to FRCP 5.2, 27 and Local Rule 141, the Court finding that good cause exists for the relief granted herein,

Therefore, it is hereby ORDERED that:

1. The relief sought in the Request is GRANTED;

2. Plaintiffs are authorized to file under seal unredacted versions of the following (collectively, the "**Sealed Documents**"):

- Exhibit 1: stock purchase agreement (and related schedules/exhibits);
- Exhibit 2: calculation of ICI's revenues; and
- Exhibit 3: employment agreements.

3. The Sealed Documents shall remain under seal indefinitely, unless and until the Court orders otherwise.

4. The only entities permitted to review the Sealed Documents are the Plaintiffs and the Defendants, and their respective counsel. To the extent any other entity has a need to review the Sealed Documents, its review will be permitted for good cause and subject to entry into a confidentiality agreement or protective order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Plaintiffs are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Request.

7. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

DATED: December 7, 2020

Troy L. Nunley
United States District Judge