

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
ORDER**

| | |
|---|---|
| SEELEY INTERNATIONAL PTY LTD, an Australian corporation; CONVAIR COOLER CORP., a Texas corporation; and INTEGRATED COMFORT INC., a California corporation,<br><br>Claimant(s),<br><br>v.<br><br>RICHARD BOURNE, an individual; CAROL BOURNE, an individual; STEVE SHORT, an individual; and JENNIFER SHORT, an individual,<br><br>Respondent(s) | Case No. 2:20-cv-01946-TLN-AC |

RICHARD BOURNE, an individual;
CAROL BOURNE, an individual; STEVE
SHORT, an individual; and JENNIFER
SHORT, an individual,

Cross-Claimant(s)

v.
SEELEY INTERNATIONAL PTY LTD, an
Australian corporation; CONVAIR
COOLER CORP., a Texas corporation

Cross-Respondent(s)

Respondents and Cross-Claimants.

    I, Julie Trent, Attorney for Plaintiffs, Seeley International Pty Ltd, an Australian corporation;

Convair Cooler Corp, a Texas corporation; and Integrated Comfort Inc., a California corporation,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court via Em/ECF using the event, "Pro Hac Vice Application Payment".

In support of this petition, I state under penalty of perjury that:

**My business address is:**

| | |
|---|---|
| Firm Name: | COAN PAYTON & PAYNE, LLC |
| Address: | 999 18th Street, Suite S-1500 |
| City: | Denver |
| State: | Colorado |
| ZIP Code: | 80202 |
| Voice Phone: | 303-861-8888 |
| FAX Phone: | 720-780-5291 |
| Internet E-mail: | JTrent@cp2law.com |
| I reside in: | Parker, Colorado |

I was admitted to practice in the courts of the State of Colorado, on October [21], 1987. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in the State of Colorado, which is my primary practice state, is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not **X** concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of

the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:  J. ALEXANDRA RHIM (SBN 180636)

Firm Name:  HEMAR, ROUSSO & HEALD, LLP

Address:  15910 Ventura Boulevard, 12th Floor

City:  Encino

State:  CA    ZIP Code: 91436

Voice Phone:  (818) 501-3800

FAX Phone:  (818) 501-2985

E-mail:  arhim@hrhlaw.com

Dated:  February 28, 2022          Petitioner: _____

00706017.DOCX

**ORDER**

IT IS SO ORDERED.

Dated: __March 7, 2022__

_____
JUDGE, U.S. DISTRICT COURT